**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CIVIL CLERK'S MINUTES - GENERAL

CASE NO.    8:13-cv-3158-T-17TGW                              DATE    April 9, 2015

TITLE    Access For The Disabled, etc., et al. vs. EDZ, Inc., etc.

TIME    10:18-11:45. 1:35-1:45.           TOTAL    2/48           Courtroom 14A

**HONORABLE ELIZABETH A. KOVACHEVICH**           Deputy Clerk:   CINDY LEIGH-MARTIN

Court Reporter/Tape: SANDRA PROVENZANO

Attorney(s) for Pltf(s)                    Attorney(s) for Deft(s)

Philip Cullen, III                          David Fernandez

PROCEEDINGS:    XX   In Court        __   In Chambers

JURY TRIAL.   Day Three.   Court discussed pending motions with counsel.   Court deferred ruling on Motion(s) for Judgment.   All other motions consistent with Court's rulings are moot.   All other motions, if not moot, are denied. Plaintiff Summation. Defendant Summation. Plaintiff Final Summation. Defendant Final Summation.   Court's Instructions to the Jury.   11:56 Jury commenced deliberations.   Court requested that the Jury Department provide lunch for jurors (6).   1:35 Convene for Court Exhibits 1 and 2.   Jury reached a verdict.   Verdict published.   Jury polled and discharged.   Defense counsel to submit proposed Judgment to Court.   Court will enter Final Judgment.   Court in recess.

GENERAL CIVIL CLERK'S MINUTES
Page 1 of 1