UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED,
a Florida not for profit corporation,
and PATRICIA KENNEDY,

    Plaintiffs,

v.                               CASE NO. 8:13-CV-3158-T-17TGW

EDZ, INC. d/b/a SUBWAY
#468,

    Defendant.

_____/

## VERDICT

WE THE JURY FIND AS FOLLOWS:

1. Did EDZ, Inc. discriminate against Patricia Kennedy and Access for the Disabled, Inc. on November 20, 2013?

        YES _____         NO ✓

If you answered "NO" to question one, please skip questions 2 and 3, answer question 4. If you answered "YES" to question one, please answer the following questions.

2. Is EDZ, Inc. currently discriminating against Patricia Kennedy and Access for the Disabled, Inc. by failing to remove architectural barriers?

        YES _____         NO _____

3. Did EDZ, Inc. prove an affirmative defense?

        YES _____        NO _____

4. Did Patricia Kennedy trespass on Subway #468?

        YES ✓        NO _____

If you answered "NO" to question 4, please skip question 5. If you answered "YES" to question 4, please answer question 5.

5. What are EDZ, INC.'s damages, if any?

$ 1.00

**SO WE ALL SAY:**

*Ashley L. Caron*        4/9/2015
FOREPERSON        DATE

2