**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ACCESS FOR THE DISABLED and PATRICIA KENNEDY )<br><br>Plaintiffs, )<br><br>v. )<br><br>EDZ, INC. d/b/a SUBWAY #336, )<br><br>Defendant. ) | Case No.: 8:13-CV-03158- EAJ-TGW |

**NOTICE OF FILING PROPOSED ADVISORY JURY VERDICT AND ORDER**

COMES NOW, Defendant, EDZ, INC. d/b/a SUBWAY #336 ("*EDZ*"), by and through their undersigned counsel, and hereby provides this notice to the Court that it is filing the proposed Advisory Jury Verdict and proposed order on jury verdict pursuant to the Jury verdict form entered on April 9, 2015.

**Compliance with Rule 3.01(g)**

**I HEREBY CERTIFY** that Defendant's counsel has conferred with Plaintiff's counsel but has been unable to find an adequate resolution for this matter or agreement on the wording for the proposed filings.

**I HEREBY CERTIFY** that, on April 13, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will automatically send an e-mail notification of such filing to the attorneys of record.

**SKYWAY LAW GROUP, P.A.**

*/s/ David A. Fernandez*
David A. Fernandez, Esq.
FBN: 084984
13700 58th Street North, Suite 203

Clearwater, FL 33760
Tel: 1-844-2Skyway (275-9929)
Fax: 1-866-442-1413
david@skywaylaw.com
service@skywaylaw.com