**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ACCESS FOR THE DISABLED and PATRICIA KENNEDY | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 8:13-CV-03158- EAJ-TGW |
| EDZ, INC. d/b/a SUBWAY #336, | ) ) ) |
| Defendant. | ) ) ) |

## ADVISORY JURY VERDICT

THIS ACTION, was tried before a jury with Judge Elizabeth A. Kovachevich presiding, and the jury has rendered a verdict.

**THE JURY ISSUES AN ADVISORY OPINION AS FOLLOWS**:

The Jury finds that on November 20, 2013, ACESS FOR THE DISABLED, INC. and PATRICIA KENNEDY, did not encounter architectural barriers which discriminate against Ms. Kennedy on the basis of her disability.

Additionally, the jury finds that because of the totality of Ms. Kennedy's actions, which include as follows:

1. Travelling from Tampa to St. Petersburg and passing several other similar restaurants before stopping at the Defendant's restaurant;

2. Travelling along with her expert Peter Lowell, who carried a tape measure and camera;

3. Having failed to evidence any attempt seek alternative means for the "alleged discriminatory barriers or services; and

    4. Having knowledge of the Defendant's plans, finances and motivation to make changes at the restaurant prior to her visit

Patricia Kennedy entered the Defendant's, EDZ, INC's property, with such ulterior motives to constitute exceeding the express or implied license based on custom and usage of the restaurant.

Accordingly, the defendant's counterclaim is well founded, the Defendant, EDZ, INC. shall recover from the Plaintiff, PATRICIA KENNEDY, the amount of $1.00 with interest at the prevailing legal rate *per annum*, along with costs.

The Court Reserves jurisdiction to enter findings of fact and conclusions of law and award any further relief deemed just and proper under the circumstances.

Dated: _____                               _____

                                                                                            Clerk of Court