**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **ACCESS FOR THE DISABLED and** ) | |
| **PATRICIA KENNEDY** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.: 8:13-CV-03158- EAJ-TGW |
| ) | |
| **EDZ, INC. d/b/a SUBWAY #336,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **ORDER ON JURY VERDICT**

THIS ACTION, was tried before a jury with Judge Elizabeth A. Kovachevich presiding, and the jury has rendered a verdict.

**IT IS ORDERED**:

On Plaintiff's claims the plaintiffs, ACESS FOR THE DISABLED, INC. and PATRICIA KENNEDY, recover nothing and that Defendant, EDZ, INC recover costs from the plaintiff.

On Defendant's counterclaim, the Defendant, EDZ, INC. shall recover from the Plaintiff, PATRICIA KENNEDY, the amount of $1.00 with interest at the prevailing legal rate *per annum*, along with costs.

The Court Reserves jurisdiction to enter findings of fact and conclusions of law and award any further relief deemed just and proper under the circumstances.

Dated: _____  _____

Clerk of Court