UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**ACCESS FOR THE DISABLED**, a
Florida not for profit corporation, and
**PATRICIA KENNEDY**, Individually,

        Plaintiffs,

Case No: 8:13-cv-3158-EAK-TGW

v.

**EDZ, INC.**,

        Defendant,
_____/

**PLAINTIFF/COUNTER DEFENDANT, PATRICIA KENNEDY'S
NOTICE OF FILING PARTIAL TRANSCRIPT**

    Plaintiff/Counter Defendant, Patricia Kennedy, by and through her undersigned counsel, hereby files a portion to the trial transcript in support of her Renewed Motion for Judgment as a Matter of Law [D.E. 136].

    **I HEREBY CERTIFY** that, on May 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                            */s/ Philip Michael Cullen, III, Esq.*
                                            Fla. Bar No: 167853
                                            Thomas B. Bacon, P.A.
                                            621 South Federal Highway, Suite Four
                                            Fort Lauderdale, Florida 33301
                                            Telephone; (954) 462-0600
                                            Facsimile: (954) 462-1717
                                            cullen@thomasbaconlaw.com