UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED,
etc., et al.,

          Plaintiffs,

v.                              CASE NO. 8:13-CV-3158-T-17TGW

EDZ, INC.,

          Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 124    Motion for Judgment as a Matter of Law on Counterclaim

The Court has entered an Order granting Plaintiffs' Renewed Motion for Judgment as a Matter of Law on Counterclaim. The Court addressed the issues raised in Plaintiffs' Rule 50(a) Motion in that Order, and adopts and incorporates it by reference. The Court therefore grants Plaintiffs' Motion for Judgment as a Matter of Law. Accordingly, it is

**ORDERED** that Plaintiffs' Motion for Judgment as a Matter of Law (Dkt. 124) is **granted**.

Case No. 8:13-CV-3158-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 3RD day of March, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record